**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**MARCO LOPEZ,**

Plaintiff,

v. **CIVIL NO. 00-366 DJS/LCS**

**CORRECTIONS CORP. OF AMERICA, d/b/a TORRANCE COUNTY CORRECTIONAL FACILITY, COUNTY OF TORRANCE,**

Defendants.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 14 2001
CLERK

**JUDGMENT**

**THIS MATTER** came before this Court for final resolution by the parties' stipulated motion seeking baseball arbitration and the Court's Order setting forth the method of that arbitration. An arbitration resolving this matter in accordance with the stipulated Order (Docket No. 42) was held on February 13, 2001. By a separate Order, the Court has set forth the award made in accordance with the terms of the arbitration.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be, and hereby is, dismissed with prejudice.

**DON J. SVET**
**UNITED STATES MAGISTRATE JUDGE**

57